IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-4H2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **JUDGMENT** |
| v. | : | |
| | : | |
| SOBHI SULIEMAN SHEHADEH | : | |
| a/k/a "Jacob" | : | |
| a/k/a "Sam" | : | |

Pursuant to the Preliminary Order of Forfeiture entered by the Court on April 8, 2011, judgment is hereby entered against defendant, SOBHI SULIEMAN SHEHADEH, in the amount of $2,463,529.80. Post-judgment interest shall accrue at the rate of .27%.

This 13th day of April, 2011.

_____
DENNIS P. IAVARONE
Clerk
U. S. District Court